

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00102-CV

LILY AVIATION, LLC AND RAFAEL C. PALMEIRO      APPELLANTS

V.

WELLS FARGO EQUIPMENT FINANCE, INC.      APPELLEE

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  July 12, 2012